**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action File No. 1:09-cv-00165-ZLW-MJW

NORINE BERKEY,

Plaintiff,

     v.

AETNA LIFE INSURANCE COMPANY, THE EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE OF QUEST DIAGNOSTICS INCORPORATED, and METWEST INC., d/b/a QUEST DIAGNOSTICS INCORPORATED,

Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER, having come before the Court on the parties' Stipulation for Dismissal with Prejudice, and the Court being fully advised in the premises, finds as follows:

IT IS HEREBY ORDERED that Plaintiff's Complaint and each claim for relief is dismissed with prejudice, the parties to pay their own costs and attorneys' fees.

SO ORDERED this the 4th day of June, 2009.

BY THE COURT

*/s/ Zita L. Weinshienk*

United States District Court Judge